170 A.3d 337

C.S. OSBORNE & CO., INC., PLAINTIFF–PETITIONER, v. THE CHARTER OAK FIRE INSURANCE CO., AND THE TRAVELERS COMPANIES, INC., DEFENDANTS, AND BOLLINGER, INC., N/K/A ARTHUR J. GALLAGHER & CO., DEFENDANT–RESPONDENT.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002182–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.